IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANKENTEK RESIDENTIAL SYSTEMS, LLC, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:12-cv-00767 |
| REID BUERGER, et al., | : | |
| Defendants. | : | |
| FRANKENTEK RESIDENTIAL SYSTEMS, LLC, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:12-cv-03505 |
| REID BUERGER, et al., | : | |
| Defendants. | : | |
| FRANKENTEK RESIDENTIAL SYSTEMS, LLC, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | No. 2:12-cv-00768 |
| ALAN BUERGER, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this ___24th___ day of April, 2014, in Civil Action No. 2:12-cv-00767, it is

**ORDERED** as follows:

- My March 27, 2014 order [ECF No. 65] is **VACATED**;

- Frankentek's motion for partial summary judgment on the counterclaims is

    **GRANTED** in part and **DENIED** in part as follows:

    - On the breach of contract counterclaims, the motion is **DENIED**;

- On the Pennsylvania statutory counterclaim and the New Jersey statutory counterclaim, the motion is **DENIED**;

- On the invasion of privacy counterclaim with respect to the Pennsylvania Property, the motion is **GRANTED** as conceded by the Buergers; and

- On the invasion of privacy counterclaim with respect to the New Jersey Property, the conversion counterclaim with respect to both properties, and the trespass counterclaim with respect to both properties, the motion is **GRANTED**.

**AND NOW,** this __24th___ day of April, 2014, in Civil Action No. 2:12-cv-03505, it is **ORDERED** as follows:

- My March 27, 2014 order [ECF No. 41] is **VACATED**;

- As stipulated by Frankentek on the record on April 22, 2014, Frankentek's claims, with the exception of the claim for the New Jersey Prompt Payment Act, are **DISMISSED**;

- As stipulated by the Buergers on the record on April 22, 2014, the Buergers' counterclaims are **DISMISSED**; and

- Frankentek's motion for partial summary judgment on the counterclaims is **DENIED** as moot.

**AND NOW,** this _24th_____ day of April, 2014, in Civil Action No. 2:12-cv-00768, it is **ORDERED** as follows:

- My March 27, 2014 order [ECF No. 60] is **VACATED**;

- Frankentek's motion for partial summary judgment on the counterclaims is **DENIED** as follows:

    - On the breach of contract counterclaims, the motion is **DENIED**; and

    - On the invasion of privacy, conversion, and trespass counterclaims, the motion is **GRANTED** as uncontested by the Buergers.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:       Copies **MAILED** on _____ to: